

100 Park Avenue | Suite 2500
New York, New York 10017
Tel 212-453-5900 | Fax 202-453-5959

Writer's Direct Dial:

ROSHNI DINESH CHAUDHARI
212-453-5949
rchaudhari@fordharrison.com

December 16, 2015

BY ECF

The Honorable James C. Francis
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re: <u>Willomon v. Andrews International, Inc., No. 13-cv-06795 (PAC) (JCF)</u>

Dear Judge Francis:

We represent defendant Andrews International, Inc. ("Andrews Int'l") in the above-referenced action. I write to object to Plaintiff's request, filed this afternoon at approximately 3p.m., for an adjournment of tomorrow's pre-trial conference scheduled for 9:30 a.m.

As per Your Honor's individual practices, requests for adjournments are to be made 48 hours prior to a conference, absent emergencies. Mr. Henry fails to justify his eleventh-hour request to adjourn this conference, especially where this conference was scheduled nearly two months ago, on <u>October 20, 2015</u>. This Court expressly warned at that time that a failure to appear at the December 17, 2015 conference may result in a dismissal of this case, ostensibly because Plaintiff has failed to diligently prosecute his claims—this case was filed on September 24, <u>2013</u>, and has been largely idle since that time.

We respectfully request that this Court deny the motion to adjourn.

Sincerely,

*/s  Roshni Chaudhari*

ROSHNI CHAUDHARI